**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In Re: Texas State Silica Products Liability Litigation

Appellate case number:    01-15-00251-CV

Trial court case number:  2004-70000

Trial court:              333rd District Court of Harris County

In the MDL court, the defendants moved to dismiss the plaintiffs' constitutional challenge due to a lack of standing or ripeness. The MDL court granted that motion. The briefs have raised many additional issues.

This appeal is scheduled for oral argument on November 10. We ask that the parties be prepared to focus their arguments on the jurisdictional issue of ripeness, as it relates to each of the constitutional claims.

Judge's signature: Harvey Brown_____
                   ☒  Acting individually    ☐  Acting for the Court

Date:  November 5, 2015